**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LITTLE ,

                  Plaintiff,

v.

LVNV FUNDING LLC,
              Defendants.

Civil Action No.

2:17-CV-7842-JMV-SCM

**ORDER FOR STAY AND**
**ADMINISTRATIVE TERMINATION**

       This matter having come before the Court upon joint correspondence (D.E. 13) consenting to a stay of this matter pending global settlement discussion with fifteen other matters, and therefore,

       **IT IS** on this Wednesday, January 24, 2018,

1. **ORDERED** that this action and any pending motions are hereby administratively terminated, that this termination shall not constitute a dismissal under Fed. R. Civ. P. 41, and does not bear any consequences for purposes of the statute of limitations; and it is further

2. **ORDERED** that Plaintiff Little shall file a letter by 3/2/2018 indicating whether to restore this matter to the active list or to extend the stay/termination; and it is further

3. **ORDERED** that absent a request to restore this matter within the time provided, the Court shall dismiss this action, without further notice, with prejudice and without costs.

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

1/24/2018 5:48:32 PM

Original: Clerk of the Court
Hon. John Michael Vazquez, U.S.D.J.
cc: All parties
      File